## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Sharon Gibbs, et al.

                                  Plaintiff,

v.                                                    Case No.: 1:11−cv−03071
                                                        Honorable John F. Grady

New Ashley Stewart, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: The motion of Ronald M. Gaswirth, Carrie B. Hoffman, and Gardere Wynne Sewell LLP's motion to withdraw as counsel to New Ashley Stewart, Inc. [135] is granted. The status hearing set for November 19, 2014 canceled and reset to December 1, 2014 at 8:45 a.m. before the Honorable Amy J. St. Eve in Courtroom 1241. No appearance is required on November 19, 2014. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.